IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD BOWER**
**ADC # 144498**                                                       **PETITIONER**

v.                              No. 5:13-cv-11-DPM-JTR

**RAY HOBBS, Director, ADC**                         **RESPONDENT**

### ORDER

Bower has not opposed Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition, *Document No. 3*. Reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition), and for legal error, the Court adopts the proposal. Bower cannot proceed with his successive petition in this Court without permission from the Court of Appeals. Bower's motion to proceed *in forma pauperis*, *Document No. 1*, is granted. His petition for writ of *habeas corpus*, *Document No. 2*, is dismissed without prejudice. 28 U.S.C. § 2244(b)(2). A certificate of appealability is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 February 2013