# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RICHARD BOWER**
**ADC # 144498**                                                      **PETITIONER**

v.                            **No. 5:13-cv-11-DPM**

**RAY HOBBS, Director, ADC**                      **RESPONDENT**

## JUDGMENT

Bower's petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 February 2013